**IT IS ORDERED as set forth below:**

**Date: June 8, 2023**



_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| **BRITTNY ROBINSON**, | : | CASE NO. **21-57519**-BEM |
| Debtor. | : | |
| SANTANDER CONSUMER USA INC., | : | |
| Movant, | : | |
| v. | : | CONTESTED MATTER |
| BRITTNY ROBINSON, Debtor; and S. GREGORY HAYS, Trustee, | : | |
| Respondents. | : | |

**ORDER**

This matter came on for hearing June 7, 2023, on the *Motion for Relief from Automatic Stay* (the "Motion") filed May 23, 2023, by Santander Consumer USA Inc. (the

"Movant")(Doc. No. 26).  Movant claims a security interest in Debtor's vehicle: 2017 Mercedes C Class (the "Collateral").  Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion.  Debtor announced that she did not oppose the Motion.  The Chapter 7 Trustee did not opposed the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to Trustee any remaining sale proceeds; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection. The Court ORDERS that Rule 4001(a)(3) does not apply.

[END OF DOCUMENT]

PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON &
RUSSO & WILLIAMS, P.C.
Attorneys for Movant


By: _____/s/_____
    Craig B. Lefkoff
    Ga. State Bar No. 618525
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
clefkoff@lrglaw.com

## DISTRIBUTION LIST

Craig B. Lefkoff, Esq.
Lefkoff, Rubin, Gleason, Russo & Williams, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Brittny Robinson
3920 Augustine Place
Rex, GA 30273

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305