# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 21-57519-BEM | Trustee Name: | (300320) S. Gregory Hays |
| --- | --- | --- | --- |
| Case Name: | ROBINSON, BRITTNY | Date Filed (f) or Converted (c): | 10/07/2021 (f) |
| | | § 341(a) Meeting Date: | 11/09/2021 |
| For Period Ending: | 06/30/2023 | Claims Bar Date: | 02/04/2022 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 3920 AUGUSTINE PLACE, REX, GA 30273, CLAYTON County | 195,000.00 | 53,238.30 | | 0.00 | 280,000.00 |
| 2 | 2013 C300 MERCEDES<br>Notice of abandonment filed Dkt # 14. | 19,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 1 Couch, 1 chair, 3 bed, dishes, tables, stove, refrierator, dishes | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | 1 cell, 3 TV's, 1 laptop, 1 printer | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | clothes | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Checking account: bank of america | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Assets       Totals       (Excluding unknown values) | **$218,300.00** | **$53,238.30** | | **$0.00** | **$280,000.00** |

**Major Activities Affecting Case Closing:**

11/12/21  Request for Claims Bar Date filed; Notice of Abandonment of 2013 Mercedes Benz C300.

1/10/22 - Trustee's real estate agent valued the property at $280,000.

Pro Se debtor. Debtor does not want Trustee to sell property.  Trustee offered to settle with debtor based on filed claims with payments over time.  The Debtor will be contacting an attorney regarding the equity in her property and to represent her in the bankruptcy case.

| Initial Projected Date Of Final Report (TFR): | 03/31/2024 | Current Projected Date Of Final Report (TFR): | 03/31/2024 |
| --- | --- | --- | --- |